IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ELIZABETH SHEA | : | |
|---|---|---|
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-4455 |
| USAA | : | |

**ORDER**

**AND NOW,** this <u>  25th  </u> day of <u>  July  </u>, 2018, upon consideration of Defendant USAA Casualty Insurance Company's 12(b)(6) Motion to Dismiss Portions of Plaintiff's Amended Complaint (ECF No. 7), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

**BY THE COURT:**

_____
**R. BARCLAY SURRICK, J.**